BB
AO 91 (Rev. 11/11) Criminal Complaint

2026R00056

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

Case No. 26-mj-94 (DJF)

ANTHONY JAMES KAZMIERCZAK

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

**Count 1**: On or about January 27, 2026, in the State and District of Minnesota, defendant ANTHONY JAMES KAZMIERCZAK forcibly assaulted, opposed, impeded, intimidated, and interfered with United States Representative Ilhan Omar, an officer and employee of the United States and of any agency in any branch of the United States Government, i.e., a person designated in section 1114, while Representative Omar engaged in and on account of Representative Omar's performance of official duties, all in violation of 18 U.S.C. § 111(a)(1).

I further state that I am a Special Agent with the FBI, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_Complainant's signature_

Derek Fossi, Special Agent, FBI
*Printed name and title*

Sworn to and signed before me, by reliable electronic means (Zoom and box on USAfx), pursuant to Fed. R. Crim. P. 41(d)(3),

Date: January 28, 2026

City and State: Minneapolis, MN

_Judge's Signature_

Dulce J. Foster
United States Magistrate Judge
*Printed Name and Title*