IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Anthony James Kazmierczak, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: DAVID T. SCHULTZ<br>U.S. Magistrate Judge<br><br>Case No:          26-mj-94 (DJF)<br>Date:              February 3, 2026<br>Court Reporter:  Renee Rogge<br>Courthouse:      Minneapolis<br>Courtroom:      9W<br>Time Commenced: 11:17 a.m.<br>Time Concluded: 11:39 a.m.<br>Time in Court:   22 minutes |

X **PRELIMINARY HEARING**       X **DETENTION HEARING**

Time in Court Prelim/Detention: 11 minutes/11 minutes

APPEARANCES:

   Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
   Defendant: John Fossum
              X CJA


On      X Complaint

X Defendant Ordered Detained. Government to submit proposed order.

X Probable cause found. Defendant bound over to District Court of Minnesota.


Additional Information:
Government exhibits 1-5 admitted for purposes of today.


_____*s/ms*
Signature of Courtroom Deputy